IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS MORENO | ) | |
| | ) | |
| V. | ) | 3-08-CV-1041-O |
| | ) | |
| WARDEN, Eden Detention Center | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled[1], and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of August, 2008.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] The United States Magistrate Judge recommended that the petition be "DISMISSED for lack of jurisdiction." The Court assumes this to be without prejudice and will enter judgment accordingly.